# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2011

141518 & (24)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RODNEY ALLAN HUBBARD,
        Defendant-Appellant.

_____/

SC: 141518
COA: 296200
Berrien CC: 04-404393-FC

        On order of the Court, the application for leave to appeal the April 27, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2011

                         Clerk

y0421